**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JONNATHAN ASHBY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMOSA PLASTICS CORPORATION, U.S.A.,<br><br>Defendant. | Case No. 2:24-cv-06206-BRM-CLW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jonnathan Ashby ("Plaintiff") and Defendant Formosa Plastics Corporation, U.S.A. ("Defendant"), by and through their designated counsel, hereby stipulate that this action be hereby dismissed *without* prejudice.

Dated: August 19, 2024

Respectfully Submitted:

*/s/ Nipun J. Patel (with consent)*
Nipun J. Patel ID No. 02094-2008
**POLSINELLI**
1717 Arch St, Suite 2800
Philadelphia, PA 19103
(215) 252-9600
npatel@polsinelli.com

*Attorney for Defendant*

*/s/ Benjmain F. Johns*
Benjamin F. Johns
Jonathan Shub
Samantha E. Holbrook
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
bjohns@shublawyers.com
jshub@shublawyers.com
sholbrook@shublawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2024, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Benjamin F. Johns*
Benjamin F. Johns

SO ORDERED:

BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 20, 2024